**WWP, INC., Plaintiff–Appellee,**

v.

**WOUNDED WARRIORS FAMILY SUPPORT, INC., Defendant–Appellant.**

No. 2010–1232.

United States Court of Appeals, Federal Circuit.

April 1, 2010.

Amber Allred, Kutak Rock, LLP, Omaha, NE, for Plaintiff–Appellee.

Dana C. Bradford III, Bradford & Coenen, Omaha, NE, for Defendant–Appellant.

## ORDER

Wounded Warriors Family Support, Inc. responds to the court's order directing it to show cause why this appeal should not be transferred and moves without opposition to transfer this appeal to the United States Court of Appeals for the Eighth Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to transfer is granted. The appeal is transferred to the United States Court of Appeals for the Eighth Circuit pursuant to 28 U.S.C. § 1631.